

Eastern District of Kentucky
··· FILED ···

JUN 26 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 6:25-CR-55-REW

**ANDREW RAY OLIVER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. §§ 1201(a)(1) & (g)

On or about April 27, 2025, in Perry County, in the Eastern District of Kentucky,

**ANDREW RAY OLIVER,**

an adult having no blood relation or legal custody of Minor Victim, an individual under 18 years of age, did willfully and unlawfully kidnap, abduct, seize, and carry away and hold Minor Victim, for the purpose of eliciting communication from the mother of Minor Victim, and did use a means, facility, and instrumentality of interstate commerce, specifically a cellphone and Facebook Messenger, in committing and in furtherance of the commission of such offense, all in violation of 18 U.S.C. §§ 1201(a)(1) & (g).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about April 27, 2025, in Perry County, in the Eastern District of Kentucky,

**ANDREW RAY OLIVER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a firearm, specifically a Heritage Arms,

Rough Rider, .22 caliber revolver with serial number 1BH817748, said firearm having been

shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 20 years nor more than life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**COUNT 2:** Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.